# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Rachel Benson, | ) ) ) ) |
| Plaintiff, | ) **AMENDED JUDGMENT IN A** ) |
| v. | ) **CIVIL CASE** ) |
| Energy Solutions Inc., et al, | ) CV 13-2201-PHX-DKD ) |
| Defendants, | ) ) |

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order of January 13, 2017 amending the Court's Order entered on September 2, 2014, Defendants' Motion to Dismiss is granted and judgment is hereby entered for Defendants. Plaintiff shall take nothing by way of the Complaint. The Complaint and this action are hereby dismissed without prejudice.

 January    13, 2017        BRIAN  D.  KARTH  
Date                                                 DCE/Clerk of Court

                                                .  s/  A. Duran  
                                                By     A. Duran  
                                                                     Deputy Clerk